318

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R.36

B. Ritchie, and Richard S. Swope. Of counsel was Nguyen Huu Nguyen.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and LOURIE, Circuit Judge.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**WAVESTREAM CORPORATION,**
**Plaintiff–Appellant,**

v.

**CAP WIRELESS, INC., Defendant–**
**Appellee.**

**No. 2007–1264.**

United States Court of Appeals,
Federal Circuit.

Dec. 7, 2007.

Charles S. Barquist, Morrison & Foerster LLP, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief were Anthony L. Press, and Brian F. McMahon.

Robert E. Camors, Jr., Thelen Reid Brown Raysman & Steiner, LLP, of San Jose, California, argued for defendant-appellee. With him on the brief were David

**Eddie J. WALTER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

**No. 2007–3294.**

United States Court of Appeals,
Federal Circuit.

Dec. 10, 2007.

Rehearing Denied Feb. 7, 2008.